12/1/13
9:00 AM

Greetings Honorable Chief Judge Deborah K. Chasanow,

I know you are a very busy woman. I'm coming to you for advice and direction. Please take the time out to listen to me please. I have been in a cell for over 60 days without any cell lights. I have told every officers on 7 to 3 shift and morning and 3 to 11 shift about me not having any cell lights. I have talk to LT. on morning shift and night shift. I even wrote the warden and recieve no response. In the process of me being without light in my cell so long and have to use tv light to read and write with. I have begun to have headache and blur vision. I have seen other people or inmates on the tier get their plumbing, lights, cell doors, fix. Due to me not having sufficient lighting in my cell, I was unable to study properly for my G.E.D test which I fail. I just submitted a administrative remedy to the warden on 11/12/13. I truely believe that this form of cruel and unusual punishment is a retaliation for my lawsuit that I filed in July of 2010. Case 8:10-cv-01983-DKC. I'm trying my best to resolve this matter and a proper way. But, no one in this administration will listen to me. Please help me?

P.S. I truely thank you for listening to me." Have a bless day and "Happy Holidays."

Respectfully Submitted